UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CIV-60303-BLOOM
MAGISTRATE JUDGE P.A. WHITE

BOUBACAR BIRO DIALLO,                    :

    Petitioner,                      :
                                                    ORDER TO SHOW CAUSE
v.                                       :       28 U.S.C. §2241

LORETTA LYNCH,             :

    Respondent.                      :
_____

BOUBACAR BIRO DIALLO has filed a motion to vacate pursuant to 28 U.S.C. §2241, his detention by Immigration and Customs Enforcement.  It is thereupon

ORDERED AND ADJUDGED as follows:

1.   To prevent motions for extension of time, counsel for the respondent is notified that an extended period for the response has been provided in this case.

2.   Counsel for the respondent shall notify the Court within one week of receipt of this Order of the name of the Assistant United States Attorney to whom the case is assigned.

3.   On or before **forty-five days from the date of this order**, the respondent shall file a memorandum of fact and law to show cause why this motion should not be granted, **and shall file therewith all documents and transcripts necessary for the resolution of this petition.**

4.    Counsel for the respondent is requested to <u>not</u> caption the response as a "Motion to Dismiss."   The statute, 28 U.S.C. §2243, calls for a "Return."

DONE AND ORDERED at Miami, Florida, February 9, 2017.


                                        **s/Patrick A. White**
                                        _____
                                        UNITED STATES MAGISTRATE JUDGE


cc:   Boubacar Biro Diallo
      208763821
      Broward Transitional Center
      Inmate Mail/Parcels
      3900 North Powerline Road
      Pompano Beach, FL 33073


      United States Of America
      represented by Noticing 2255 US Attorney
      Email: usafls-2255@usdoj.gov