UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CIV-60303-BLOOM
MAGISTRATE JUDGE P.A. WHITE

Boubacar Biro Diallo,            :

    Petitioner,                  :

v.                               :          ORDER REQUIRING
                                            FEE OR IFP MOTION
Loretta Lynch,                   :

    Respondent.                  :

_____

Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2241, but has neither paid the Clerk's filing fee of $5.00 nor submitted a motion to proceed *in forma pauperis*.  It is thereupon

ORDERED AND ADJUDGED as follows:

1.   On or before **March 13, 2017**, the Petitioner shall either pay the Clerk's filing fee of $5.00 or, in the alternative, shall file a motion to proceed *in forma pauperis*, with supporting financial affidavit, upon the form provided with this Order.[1]

2.   If the filing fee is paid, the check or money order must bear the case number so the fee will be docketed in the correct case.  This is especially important where the prisoner has filed more than one case.

_____

[1]Petitioner is advised that a motion to proceed *in forma pauperis* must be accompanied by a certified copy of the trust fund account statement (or institutional equivalent) for the 6-month period immediately preceding the filing, obtained from the appropriate official at the prison where Petitioner is confined.  See 28 U.S.C. §1915(g)(a)(2).

3.   Petitioner is cautioned that failure to comply with this Order may result in dismissal of this case.

DONE AND ORDERED at Miami, Florida, February 14, 2017.

**S/ PATRICK A. WHITE**
_____
UNITED STATES MAGISTRATE JUDGE

Copies Provided:

Boubacar Biro Diallo
208763821
Broward Transitional Center
Inmate Mail/Parcels
3900 North Powerline Road
Pompano Beach, FL 33073

Noticing 2241/Bivens US Attorney
Email: usafls-2255@usdoj.gov