UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-60303-BLOOM/White

BOUBACAR BIRO DIALLO,

     Petitioner,

v.

AFOD,
BROWARD TRANSITIONAL CENTER, et. al,

     Respondents.

                                  /

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon *pro se* Petitioner's petition for writ of habeas corpus, ECF No. [1], filed pursuant to 28 U.S.C. § 2241, which was previously referred to the Honorable Patrick A. White for a Report and Recommendation on any dispositive matters. *See* ECF No. [3]. On March 28, 2017, Judge White issued a Report and Recommendation recommending that this case be dismissed as moot without prejudice to Petitioner's right to file a future petition if circumstances change because Petitioner was removed from the United States on March 15, 2017. *See* ECF No. [10] at 4. The Report and Recommendation advised Petitioner that "[o]bjections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report," making Petitioner's objections due on or before April 11, 2017. *Id.* To date, Petitioner has filed no objections, nor has he sought additional time to file objections. The Court has, nonetheless, conducted a *de novo* review of Magistrate Judge White's Report and Recommendation and the record, and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)).

Case No. 17-cv-60303-BLOOM/White

Upon review, the Court finds Judge White's Report and Recommendation to be well reasoned and correct.   The Court agrees with the analysis in Judge White's Report and Recommendation and concludes that the petition is moot and must be dismissed without prejudice to Petitioner's right to file a future petition if circumstances change for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1.   Magistrate Judge White's Report and Recommendation, **ECF No. [10]**, is **ADOPTED**;

2.   The petition for writ of habeas corpus, **ECF No. [1]**, is **DISMISSED AS MOOT WITHOUT PREJUDICE**;

3.   To the extent not otherwise addressed, all pending motions are **DENIED** as moot;

4.   The CLERK shall **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 12th day of April, 2017.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Boubacar Biro Diallo
208763821
Broward Transitional Center
Inmate Mail/Parcels
3900 North Powerline Road
Pompano Beach, FL 33073
PRO SE

2

Case No. 17-cv-60303-BLOOM/White

Counsel of Record

The Honorable Patrick A. White